614 A.2d 613

STATE OF NEW JERSEY, v. WARREN JONES.

September 11, 1992.

## ON PETITION FOR CERTIFICATION

Petition for certification is granted; and it is further

ORDERED that the matter is summarily remanded to the Law Division for the prosecutor to state on the record the reasons for the decision to waive a part of the parole-ineligibility period and, if appropriate, for reconsideration of defendant's sentence. (See *State v. Raymond Vasquez*, 129 *N.J.* 189, 195–97, 609 *A.*2d 29, 32–33 (1992)).

Jurisdiction is not retained.

614 A.2d 614

STATE OF NEW JERSEY, v. CLARISSA THOMAS.

September 11, 1992.

## ON PETITION FOR CERTIFICATION

Petition for certification is granted; and it is further

ORDERED that the judgment of the Appellate Division is summarily reversed and the matter is remanded to the Law Division for resentencing in accordance with *State v. Raymond Vasquez*, 129 *N.J.* 189, 609 *A.*2d 29 (1992).

Jurisdiction is not retained.